```
1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  2900 BRISTOL STREET, A-208
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com
5
   Attorney for: PLAINTIFF
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     No. CV 13-2272
12           Plaintiff,
13      vs.                      CONSENT JUDGMENT
14 LUIZA N. CONSOLE,
15           Defendant
```

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Luiza N. Console, in the principal amount of $5,426.32 plus interest accrued to December 10, 2013, in the sum of $9,342.18; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$14,768.50**.

DATED: 1/30/14         By: TERRY NAFISI
                           Clerk of the Court

                           /s/ Yvette Lewis
                           Deputy Clerk
                           United States District Court